UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARROW L. BAKER                                    CIVIL ACTION

VERSUS                                             NO. 06-2039

N. BURL CAIN                                       SECTION "A"(5)

## ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Tuesday, July 24, 2007.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAY C. ZAINEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE